# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CRYSTAL LEEANN STRAHLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-03307-CV-S-MDH-SSA |
| ) | |
| MARTIN O'MALLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Martin O'Malley's ("Defendant's") Motion to Reverse and Remand. (Doc. 13). Defendant seeks reversal and remand for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is unopposed. Therefore, this matter is **REVERSED and REMANDED** for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is further ordered to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

**IT IS SO ORDERED.**

Dated: May 23, 2024

                                                                          */s/ Douglas Harpool*
                                                                          **DOUGLAS HARPOOL**
                                                                          **United States District Judge**