IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL LEEANN STRAHLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:23-cv-03307-MDH |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Application for Attorney Fees under the Equal Access to Justice Act (Doc. 17). Plaintiff moves the Court for an award against Defendant for Plaintiff's attorney fees under EAJA. Counsel for Plaintiff has provided an itemized statement for legal services setting forth a request for an award of fees in the amount of $5,355.80.

Defendant has filed a response to Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act stating it has no objection to Plaintiff's request for attorney fees in the amount of $5.355.80. (Doc.18). Defendant also states Plaintiff, as the litigant, is the proper payee and the EAJA fee is subject to offset to satisfy any pre-existing debt she may owe. However, Defendant acknowledges if Plaintiff owes no debt, payment can be made to Plaintiff's attorney per Plaintiff's request as set forth in the affidavit assigning any award of legal fees to her attorneys.

Based on the record before the Court, the Court hereby **GRANTS** Plaintiff's Motion (Doc. 17) and **ORDERS** attorney fees in the amount of **$5,355.80** to be paid by the Social Security Administration. Plaintiff has filed an affidavit and assignment of EAJA fees to her

1

attorneys. (Doc. 17-3). Defendant will verify whether Plaintiff owes a debt to the United States that is subject to an offset. If there is no debt owed by Plaintiff, the fee will be made to Parmele Law Firm, P.C. by the Social Security Administration.

## CONCLUSION

For the foregoing reasons, the Court hereby **GRANTS** the Application for Attorney Fees.

**IT IS SO ORDERED.**
DATED: October 8, 2024

                                              */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**

2

Case 6:23-cv-03307-MDH   Document 21   Filed 10/08/24   Page 2 of 2